UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HAROLD KENNETH HARRIS,                              08 CV 6701 (LAP)(HP)

          Plaintiff,

  -against-

METRO NORTH COMMUTER RAILROAD,
A Subsidiary of Metropolitan Transportation Authority,

          Defendant.
-------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

1. I am over the age of eighteen and am not a party to this lawsuit.

2. I reside in New York, New York.

3. I make this Affidavit of Service pursuant to the FRCP.

4. On August 15, 2008, I mailed by United States Mail, First Class, Postage Pre-paid, together with two copies of a statement of service by mail and acknowledgment of receipt in the form prescribed by the FRCP together with a return envelope postage pre-paid addressed to the sender a copy of the annexed Summons and Verified Complaint to:

Metro North Commuter Railroad
Legal Department
347 Madison Ave.
New York, NY 10017

                                                  _____
                                                  Laurie A. Hockman

Sworn to before me this 15th day of August, 2008.

_____
Notary Public

                                                  FREDRIC M. GOLD
                                       Notary Public, State of New York
                                                No. 02305044894
                                       Qualified in Nassau County
                                       Commission Expires June 5, 19/2011