UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Harold Kenneth Harris,
Plaintiff,

-v-

Metro North Commuter Railroad Company
Defendant.
-------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08cv6701 (LAP)(HBP)

8/29/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:

All such motions:

*Do not check if already referred for general pretrial.

Dated August 29, 2008

SO ORDERED:

Loretta A. Preska
United States District Judge